OPINION — AG — THE BROTHER OF THE EMPLOYEE'S AUNT BY MARRIAGE IS NOT WITHIN ANY OF THE RELATIONSHIPS MENTIONED IN THE 74 O.S. 1961 85.3 [74-85.3], AND THAT THE EXISTING RELATIONSHIP DOES NOT DISQUALIFY THE COMPANY OWNED BY THE BROTHER FROM SUBMITTING BIDS TO THE CENTRAL PURCHASING DIVISION OF THE STATE BOARD OF PUBLIC AFFAIRS. CITE: OPINION NO. APRIL 4, 1932 — CRESS (J. H. JOHNSON)